UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08 2498

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

NICHOLAS R. DARPINO aka
NICK R. DARPINO aka NICK DARPINO,

    Defendant(s).

SUMMONS IN A CIVIL ACTION

Case Number: **SLM**

TO: (Name and Address of Defendant)

    NICHOLAS R. DARPINO aka
    NICK R. DARPINO aka NICK DARPINO
    1928 TRENTON DRIVE
    SAN JOSE, CA 95124-1541

YOU ARE HEREBY SUMMONED and required to file with the CLERK OF COURT, United States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

You must also serve your answer upon

PLAINTIFF'S ATTORNEY, MICHAEL COSENTINO, State Bar No. 83253, Attorney at Law, P.O. Box 129, Alameda, CA 94501

(510) 523-4702

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RICHARD W. WIEKING　　　　　　　　　DATE  5-20-08
CLERK

BY DEPUTY CLERK
    GLORIA ACEVEDO