| Attorney or Party without Attorney: <br> Michael Cosentino, Attorney at Law <br> P.O. Box 129 <br> Alameda, CA 94501 <br> Telephone No: 510-523-4702    FAX No: 510-747-1640 | | | | For Court Use Only <br><br> **FILED** <br><br> JUL 2 5 2008 <br><br> RICHARD W. WIEKING <br> CLERK U.S. DISTRICT COURT, <br> NORTHERN DISTRICT OF CALIFORNIA |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Northern District Of California | | | | |
| Plaintiff: United States Of America, et al | | | | |
| Defendant: Nicholas R. Darpino, et al | | | | |
| **PROOF OF SERVICE** <br> **S&C** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV082498 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons and Complaint

3. a. Party served:          Nicholas R. Darpino aka Nick R. Darpino aka Nick Darpino
   b. Person served:         party in item 3.a., White, Male, 48 Years Old, black/grey Hair, Blue Eyes, 5 Feet 9 Inches, 195 Pounds

4. Address where the party was served:    1928 Trenton Drive
                                          San Jose, Ca 95124

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jul. 14, 2008 (2) at: 8:37PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Kris Vorsatz                                            d. **The Fee** for Service was: $55.00

   LEGAL EXPRESS LTD.       e. I am: (3) registered California process server
   1831 HARTMAN LN.              (i)   Independent Contractor
   P. O. BOX 808001
   PETALUMA, CA 94975-8001       (ii)  Registration No.:    256
   PHONE 707-765-6765
   FAX 707-765-6762              (iii) County:              San Mateo

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Tue, Jul. 15, 2008                                                                    (Kris Vorsatz)

Judicial Council Form POS-010                PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007             S&C                                           cosent.163777