1 | MICHAEL COSENTINO, ESQ., State Bar No. 83253
Attorney at Law
2 | P.O. Box 129
Alameda, CA 94501
3 | Telephone: (510) 523-4702

4 | Attorney for Plaintiff
United States of America

**FILED**
AUG 6 – 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

　　v.

NICHOLAS R. DARPINO aka
NICK R. DARPINO aka NICK DARPINO,

　　　　　Defendant.

NO. CV 08-2498

**REQUEST TO ENTER DEFAULT**

To:　Richard W. Wieking, Clerk
　　　United States District Court
　　　Northern District of California

　　　PLEASE ENTER THE DEFAULT of the defendant for failure to plead or otherwise defend.

DATED: August 5, 2008　　By: _____
　　　　　　　　　　　　　　　MICHAEL COSENTINO
　　　　　　　　　　　　　　　Attorney for Plaintiff