1  MICHAEL COSENTINO, State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

**FILED**

AUG 6 – 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

  vs.

NICHOLAS R. DARPINO aka
NICK R. DARPINO aka NICK DARPINO,

          Defendant.

Case No. CV 08-2498

PROOF OF SERVICE

See attached list:

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the County of Alameda, I am over the age of eighteen and not a party to the herein action; my business address is P.O. Box 129, Alameda, California, 94501. On August 5, 2008, I served the

**REQUEST TO ENTER DEFAULT,**
**DECLARATION FOR JUDGMENT ON DEFAULT, and**
**[PROPOSED] JUDGMENT ON DEFAULT**

on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully pre-paid, in the United States Post Office addressed as follows:

NICHOLAS R. DARPINO aka
NICK R. DARPINO aka
NICK DARPINO
1928 TRENTON DRIVE
SAN JOSE, CA 95124

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 5, 2008 at Alameda, California.

_____
MICHAEL COSENTINO