**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 6, 2008

RE:  CV 08-02498 SLM        USA-v- NICHOLAS R. DARPINO

Default is entered as to Nicholas R. Darpino on 8/6/08.

RICHARD W. WIEKING, Clerk

by Gloria Acevedo
Case Systems Administrator

NDC TR-4  Rev. 3/89